IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARLAND CAMPER                                                                                    PLAINTIFF

V.                                            4:12CV00124 JMM

F.G. "BUDDY" VILLINES, County Judge,
individually and in his official capacity;
KARLA BURNETT, individually and in her official
capacity; and PULASKI COUNTY, ARKANSAS                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order granting Defendants' Motion for Summary Judgment, Judgment is hereby entered in favor of the Defendants and against the Plaintiff with prejudice.

IT IS SO ORDERED this 28th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge